ORDER - Minute Entry- Transferring Cs to T/Dist Crt of Guam

8/5/98 1 COMPLAINT filed Summons(es) Issued referred to Discovery Rosalyn M. Chapman (bg) [Entry date 08/07/98][2 :98cv6343]

8/26/98 2 ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV97-7023 HLH (RCx)] Case transferred from Judge A. A. Hauk to Judge Harry L. Hupp for all further proceedings. The case number will now reflect the initials of the transferee Judge [ CV98-6343 HLH (RCx)] . (cc: all counsel) (jc) [Entry date 08/26/98][2: 98cv6343]

9/8/98 4 SUPPLEMENTAL ORDER OF CONSOLIDATION by Judge Harry L. Hupp Case consolidated cases 2:97-cv-7023 w/member cases 98ML 1237, CV 98-6278; CV 98-6299; CV 98-6300; CV 98-6308; CV 98-6311; CV 98-6319; CV 98-6336; CV 98-6337; CV 98-6339; CV 98-6341; CV 98-6343; CV 98-6344; CV 98-6345; CV 98-6365; CV 98-6805; & CV 98-6806 (et) [Entry date 10/30/981 [2 :98cv6343]

10/2/98 3 WAIVER OF SERVICE of SUMMONS by defendant Serco Management Svc sent by plf on 8/24/98 accepted on 8/26/98 by R M Kern, atty for dft. (1k) [Entry date 10/05/98] [2:98cv6343]

10/23/98 5 ANSWER filed by defendant Serco Management Svc, defendant Serco Group Inc. defendant Serco Inc. defendant Serco Group plc, defendant Barton Atc Int'l mc, defendant Barton ATC Inc to complaint [1-1]; jury demand (et)[Entry date 10/30/98] [2:98cv6343]

11/2/98 6 ANSWER filed by defendant USA to complaint [1-1] (related to MDL 1237) (lori) [Entry date 11/05/98] [2:98cv6343]

3/22/99 7 STIPULATION filed by USA for leave for USA to file 3rd pty cmps. (Relates to MDL 1237, cv 98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6341; 98-6463) (shb) [Entry date 03/25/99] [2:98cv6343]

3/26/99 8 ORDER by Judge Harry L. Hupp that the USA is granted leave to file a third pty cmp in case #`s MDL 1237,cv 98-6466;
98-6334; 98-6336; 98-6344; 98-=6343; 98-6345; 98-6338;
98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)
[Entry date 04/08/99] [2:98cv6343]

3/30/99 9 THIRD-PARTY COMPLAINT: by defendant USA; adding Korean Air Lines Co; Summons not issued (Relates to MDL 1237, cv 98-6334; 98-6336; 98-6344; 98-6337; 98-6345; 98-6338;
98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)[Entry date 04/08/99]
[2:98cv6343]

4/22/99 10 NOTICE OF CHANGE Of Address filed Korean Air Lines re Condon & Forsythe (RE MDL 1237) (shb) [Entry date 04/23/99]
[2: 98cv6343]

5/4/99 11 WAIVER OF SERVICE of SUMMONS by third-party defendant Korean Air Lines Co sent by plt on 4/14/99 [Relates to MDL #1237] (et) [Entry date 05/05/99] [2:98cv6343]

6/10/99 12 ANSWER TO THIRD PARTY COMPLAINT [9-1] by third-party defendant Korean Air Lines Co (Relates to MDL 1237, cv 98-6466, 98-6334; 98-6336; 98-6344; 98-6337; 98-6343;
98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341;
98-6463) (sIt) [Entry date 06/17/99] [2:98cv6343]

6/10/99 12 COUNTERCLAIM against third-party plaintiff USA,
counter-claimant Serco Management Svc ; summons not issued
(Relates to cv 98-6466; 98-6334; 98-6336; 98-6344; 98-6337;
98-6343; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry
date 07/09/99] [2:98cv6343]

7/8/99 13 ANSWER TO cross claim incorrectly labeled COUNTERCLAIM of Korean
Air Lines Co [12-1] by counter-defendant Serco Management Svc (Relates to MOl
1237, cv 98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345;
98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-E463) (sit)
[Entry date 07/09/99] [2:98cv6343]

7/8/99 13 COIYNTERCLATM by counter-defendant Serco Management Svc against
counter-claimant Korean Air Lines Co ; summons not issued (Relates to MDL
1237, cv 98-6466, 98Ã„6334; 98-6344; 98-6337; 9S~E343; 98-6345; 98-6338;
98-6342; 9806339;
98-6465; 98-6341; 98-6463) (slit) [Entry date 07/09/99]
[2 :98cv6343]

7/15/99 14 ANSWER TO COUNTERCLAIM of Serco Management [13-1] by
counter-defendant Korean Air Lines Co (Relates to MDL 1237, cv 98-6466;
98-6334; 98-6336; 98-6344; 98-6337; 98-6343;
98-6345; 98-6338; ;98-6342; 98-6339; 98-6465; ;98-6341; 98-6463) (shb) [Entry
date 07/19/991 [2:98cv6343]

8/4/99 15 STIPULATION and ORDER by Judge Harry L. Hupp for leave to file
first and cmp (Relates to MDL 1237) (shb) [Entry date 08/12/99]
[2:98cv6343]

8/4/99 16 FIRST AMENDED COMPLAINT [1-1] by plaintiff Kyeonq Ja Pak, plaintiff
Doo Youn Jung; adding Korean Air Lines Co; jury
demand. Summons not issued (Relates to MDL 1237) (shb)
[Entry date 08/12/99] [2:98cv6343]

8/12/99  SUMMONS issued as to defendant Korean Air Lines Co on first amd cmp
(Relates to MDL 1237) (shb) [Entry date 08/12/99] [2: 98cv6343]

8/18/99 17 ANSWER TO COUNTERCLAIM [12-1] by counter-defendant USA (Relates to
MD1 1237) (shb) [Entry date 08/19/99] [2: 98cv6343]

10/1/99 18 ANSWER filed by defendant USA to FIRST amended complaint [16-1]
(relates to MDL 1237) (pbap) [Entry date 10/07/99]
[2 :98cv6343]

1/21/00 19 ANSWER filed by defendant Korean Air Lines Co to 1st
amended complaint [16-1] (phap) [Entry date 02/01/00]
[2: 98cv6343]

5/31/00 21 NOTICE OF MOTION AND MOTION by defendant USA to dismiss, or in the
alt to transfer case to the District of Guam;
motion hearing set for 9:30 6/21/00 (Relates to MDL 1237)
(shb) [Entry date 06/21/00] [2:98cv6343]

6/7/00 20 OPPOSITION by plaintiff Kyeong Ja Pak to USA's mot to dism or in
the alt transfer case to the District of Guam (shb)
[Entry date 06/09/00] [2:98cv6343]

6/14/00 22 REPLY by defendant USA to response to motion to dismiss [21-1],
motion to transfer case to the District of Guam
[21-2] (Relates to MDL 1237) (shb) [Entry date 06/21/00]
[2: 98cv6343]

7/3/00 23 ERRATA sheet to dft USA's reply memo in supprt of motion to dismiss [2 1-1] , motion to transfer case to the District
of Guam [21-2] (pbap) [Entry date 07/05/00] [2:98cv6343]

7/31/00 24 DECLARATION of Brian J. Alexander by plaintiff Steering Committee (pbap) [Entry date 08/01/00] [2:98cv6343]

7/31/00 25 SURREPLY in Opp by plaintiff Steering Committee to motion to dismiss [21-1] , motion to transfer case to the District
of Guam [21-2] (pbap) [Entry date 08/01/00] [2:98cv6343]

8/2/00 30 INTERVENOR'S COMPLAINT by intervenor Korean Labor Welfare; (Relates to MDL 1237) (shb) [Entry date 09/11/00] [2: 98cv6343]

8/7/00 26 NOTICE Lien by intervenor plaintiff Korean Labor Welfare Corp (re: MDL 1237) (pbap) [Entry date 08/09/00]
[2: 98cv6343]

8/7/00 27 RESPONSE by defendant USA to plfs' Surreply in Opp to motion to dismiss [21-1] , to motion to transfer case to the
District of Guam [21-2] (pbap) [Entry date 08/10/00] [2: 98cv6343]

8/10/00 28 NOTICE OF MOTION AND MOTION by plaintiff Steering
Committee re choice of law on the issues of damages agnst dfts US, Serco and KAL ; motion hearing set for 10:00 8/28/00
Lodged ord (pbap) [Entry date 08/11/00] [2:98cv6343]

8/10/00 29 MEMORANDUM IN SUPPORT by plaintiff Steering Committee of motion re choice of law on the issues of damages agnst dfts US, Serco and KAL [28-1] (pbap) [Entry date 08/11/00]
[2: 98cv6343]

9/1/00 31 First AMENDED COMPLAINT IN INTERVENTION for statutory and equitable subrogation for damages [30-1] by intervenor Korean Labor Welfare in 2:98-cv-06343 . Summons not issued (RElates to MDL 1237) (shb) [Entry date 09/11/00]
[2: 98cv6343]

9/21/00 32 ANSWER filed by defendant Serco Management Svc to amended complaint [31-1] ; jury demand (re: 98-6343) (pbap)
[Entry date 09/25/00] [2:98cv6343]

9/26/00 33 ANSWER filed by defendant USA to 1st amended complaint for statutory & equitable subrogation for damages [31-1] (mrgo) (Entry date 10/03/003 [2:98cv6343]

3/7/01 34 WITNESS list submitted by defendant Korean Air Lines Co (MDL # 1237) (jb) [Entry date 03/08/01] [Edit date 03/09/01]
[2 :98cv6343]

3/7/01 35 MEMO OF CONTENTIONS OF FACT and LAW by defendant Korean Air Lines Co (MDL # 1237) (jb) [Entry date 03/08/01] [2: 98cv6343]

3/7/01 36 STIPULATION filed tht plf shl hv an ext until 3/12/01 to fi their jnt exh 1st, wit 1st, and memo of contentions of
fact and law (pbap) [Entry date 03/09/01] [2:98cv6343]

3/7/01 LODGED/PROPOSED ORDER submitted . (FWD TO CRD) (pbap)[Entry date 03/09/01] [2:98cv6343]

3/9/01 37 ORDER by Judge Harry L. Hupp tht plfs shl hv an ext until 3/12/01 to fi their jnt exh 1st, wit 1st, and memo of

contentions of fact and law. This ext shi in no way affect
other pretrial subm dates. (pbap) [Entry date 03/13/01]
[2: 98cv6343]

3/12/01 38 MEMO OF CONTENTIONS OF FACT and LAW by plaintiffs (re: MDL1237)
(pbap) [Entry date 03/15/01] [2:98cv6343]

3/12/01 39 WITNESS list submitted by plaintiff. (re: MDL 1237)
(pbap) [Entry date 03/15/01] [2:98cv6343]

3/12/01 43 Jnt exh list. (98-6343, Hye Wong Jung) re: MDL 1237
(pbap) [Entry date 04/10/01] [2:98cv6343]

3/19/01 40 OPPOSITION by plaintiffs to to Korean Airlines Co., Ltd's response
(raised in conncectionwith United States' motion
to strike plfs' expert wits) (re MDL 1237) (pbap) [Entry date 03/20/01]
[2:98cv6343]

3/22/01 41 NOTICE OF MOTION AND MOTION by defendant Korean Air Lines Co in
limine to exclude all liability evid or evid
relating to conduct of dfts at dm trials (dw) [Entry date 03/26/01]
[2:98cv6343]

3/28/01 42 MINUTES: by Judge Harry L. Hupp; ; pretrial conference on 1:30
4/9/01 The revised PTC order shall contain the following elements. (see mins)
cr: Cynthiaa L. Mizell (yc)
[Entry date 04/04/01] [2:98cv6343]

4/4/01 44 STIPULATION and ORDER by Judge Harry L. Hupp that plf a & dft
Korean Air Lines Co Ltd shall have until 4/11/01 to
file joint PIT Ord & amd exh list; The pretrial conference
is cont to 1:30 4/18/01 (dw) [Entry date 04/11/01] [2: 98cv6343]

4/4/01 45 MINUTES: ORDER RE PRE-TRIAL CONFERENCE ORDERS. Liability issues are
already preserved by having been raised and
rejected previously. In the alternative, Plaintiffs' counsel may preserve
this issue by reiterating in the new pre-trial conference orders their
objectio to the Court's ruling precluding liability issues. by Judge Harry L.
Hupp
CR: Cynthia Mizell (Relates to MDL 1237, cv 98-6334,
98-6344, 98-6337, 98-6345, 98-6338, 98-6341) (shb)
[Entry date 04/12/01] [2:98cv6343]

4/5/01 46 MINUTES: Cnsl for the following cases: 98-6334; 98-4500; 98-6345;
98-6344; 98-6343; 98-6342; 98-6341; 98-6337;
98-6388; 98-6316; 98-6806; 98-5450; 98-6369; 98-2243;
98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are
advised of the PTC set for 4/18/01 at 1:30 p.m. If you
have nay questions concerning thei min order, please
contact the crt clerk at (21) 894-5216 by Judge Harry L.
Hupp CR: not present (pbap) [Entry date 04/16/01]
[2: 98cv6343]

4/11/01 LODGED PTC ord (re: Hye Won Jung) (FWD TO CRD) (pbap)
[Entry date 04/17/01] [2:98cv6343]

4/11/01 47 FIRST AMD WITNESS list submitted by defendants (re: Hye Won Jung)
(pbap) [Entry date 04/18/01] [2:98cv6343]

4/11/01 48 JNT EXHIBIT list (re: Hye Won Jung) (pbap) [Entry date 04/18/01]
[2:98cv6343]

4/12/01 49 FIRST AND WITNESS list submitted by defendant Korean Air Lines Co
(re: Jung, Doo Youn) (pbap) [Entry date 04/19/01] [2: 98cv6343]

4/18/01 50 MINUTES: pretrial conference held & Contd to 10:00
5/30/01 by Judge Harry L. Hupp CR: Carmen (pbap) [Entry date 04/24/01]
[2:98cv6343]

4/18/01 51 MINUTES: PTC ORDER. All OSCa are vacated by Judge Harry L. Hupp
CR: Cynthia L. Mizell. **see MO for detailed info**
(pbap) [Entry date 04/24/01] [2:98cv6343]

4/20/01 52 WITNESS list submitted by intervenor Korean Labor
Welfare (pbap) [Entry date 04/25/01] [2:98cv6343]

4/20/01 53 EXHIBIT list by intervenor Korean Labor Welfare (pbap) [Entry date
04/25/01] [2:98cv6343]

4/27/01 54 NOTICE OF MOTION AND MOTION by intervenor Korean Labor Welfare for
protective order re: plf's depo ntc of Rim Hwa
Young ; motion hearing set for 9:00 5/23/01 (dhl) [Entry date 05/03/01]
[2:98cv6343]

4/27/01 55 DECLARATION of Robert L Wallan by intervenor Korean Labor Welfare
in suppt of motion for protective order re: plf's depo ntc of Rim Hwa Young
[54-1] (dhl) [Entry date 05/03/01]
[2: 98cv6343]

4/27/01 56 PROOF OF SERVICE by intervenor Korean Labor Welfare on 4/27/01 of
ntc of mot & mot for protective ord, decl in
suppt; svd by fax on Frank G Fleming & Brian J Alexander &
svd by mail on attached svc list. (dhl) [ Entry date 05/03/01] [2:98cv6343]
5/2/01 57 NOTICE OF MOTION AND MOTION by defendant USA to dismiss KLWC's
claims for lack of subject matter jurisdiction
motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/03/01] [2:98cv6343]
5/2/01 58 NOTICE OF MOTION AND MOTION by intervenor Korean Labor Welfare re:
subrogation ; motion hearing set for 10:00
5/30/01 (dhl) [Entry date 05/04/01] [2:98cv6343]

5/2/01 59 DECLARATION of Rebecca N Kaufman by intervenor Korean Labor Welfare
in suppt of motion re: subrogation [58-1] (dhl) [Entry date 05/04/01]
[2:98cv6343]

5/2/01 60 DECLARATION of Jin Su Yune by intervenor Korean Labor Welfare in
suppt of motion re: subrogation [58-1] (dhl)
[Entry date 05/04/01] [2:98cv6343]

5/2/01 61 DECLARATION of Hwa Young Lim by intervenor Korean Labor Welfare in
suppt of motion re: subrogation [58-1] (dhl) [Entry date 05/04/01]
[2:98cv6343]

5/2/01 62 PROOF OF SERVICE by intervenor Korean Labor Welfare on 5/2/01 of
mot re: subrogation, decl of Hwa Young Lim, decl of Jin Su Yune, decl of
Rebecca N Kaufman & proof of svc;
svd on attached svc list. (dhl) [Entry date 05/04/01] [2: 98cv6343]

5/2/01 63 BRIEF FILED by defendant Korean Air Lines Co re KLWC claims (dhl)
[Entry date 05/04/01] [2:98cv6343]

5/2/01 64 DECLARATION of Jennifer J Johnston by defendant Korean Air Lines Co
in suppt of brief [63-1] (dhl) [Entry date 05/04/01] [2:98cv6343]

5/2/01 65 DECLARATION of Eun Young Jung by defendant Korean Air Lines Co in

suppt of brief [63-1] (dhl) [Entry date 05/04/011 [2:98cv6343]

5/2/01 66 NOTICE OF MOTION AND MOTION by plaintiffs for summary judgment ; motion hearing set for 10:00 5/30/01 (dhl)
[Entry date 05/04/01] [2:98cv6343]

5/2/01 67 MEMORANDUM IN SUPPORT by plaintiffs of motion for summary judgment [66-1] (dhl) [Entry date 05/04/01] [2:98cv6343]

5/2/01 68 DECLARATION of Francis G Fleming by plaintiffs in suppt of motion for summary judgment [66-1] (dhl) [Entry date 05/04/01] [2:98cv6343]

5/3/01 69 MINUTES: vacating hearing re motion for protective order re: pif's depo ntc of Rim Hwa Young [54-1] for failure to
file jnt stip as req by LR by Magistrate Judge Rosalyn M. Chapman CR: n/a (dmjr) [Entry date 05/07/011 [2: 98cv6343]

5/4/01 70 NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp plfs' (1) ntc of mot & mot for summ jgm; (2) memo of P&A's (3) decl of Fleming; (4) stint of uncontrv facts rcd in
5/2/01 are to be filed and processed. (pbap) [Entry date 05/15/01] [2:98cv6343]

5/16/01 71 OPPOSITION by defendant Korean Air Lines Co to motion re: subrogation [58-1] (dhl) [Entry date 05/17/01]
[2: 98cv6343]

5/16/01 72 DECLARATION of Jennifer J Johnston by defendant Korean Air Lines Co in suppt of opp to motion re: subrogation [58-1] (dhl) [Entry date O5/17/01] [2:98cv6343]

5/16/01 73 OPPOSITION by plaintiffs to motion re: subrogation [58-1] (dhl) [Entry date 05/17/01] [2:98cv6343]

5/16/01 74 OPPOSITION by intervenor Korean Labor Welfare to motion to dismiss KLWC's claims for lack of subject matter
jurisdiction [57-1] (dhl) [Entry date 05/17/01] [2: 98cv6343]

5/16/01 75 DECLARATION of Jin Su Yune by intervenor Korean Labor Welfare in suppt of KLWC's opp to plfs' & dfts' briefs re: subrogation [58-1] (dhl) [Entry date 05/17/01] [2: 98cv6343]

5/16/01 76 Suppl DECLARATION of Hwa Young Lim by intervenor Korean Labor Welfare in suppt of KLWC's opp to dfts' & plf a'
briefs re: subrogation [Se-i] (dhl) [Entry date 05/17/01] [2 :98cv6343]

5/16/01 77 RESPONSE by intervenor Korean Labor Welfare to KAL's brief re: KLWC's subrogation claims [58-1] (dhl)
[Entry date 05/17/01] [2:98cv6343]

5/16/01 78 OBJECTIONS filed by intervenor Korean Labor Welfare to decl of Eun Young Jun fld in suppt of KAL's brief re: KLWC's
subrogation claims [58-i] (dhl) [Entry date 05/17/01]
[2: 98cv6343]

5/16/01 79 OPPOSITION by intervenor Korean Labor Welfare to motion for summary judgment [66-1] (dlii) [Entry date 05/17/01]
[2 :98cv6343]

5/16/01 80 STATEMENT of genuine issues by intervenor Korean Labor Welfare in suppt of its opp to motion for summary judgment [66-1] (dhl) [Entry date 05/17/01] [2:98cv6343]

5/16/01 81 PROOF OF SERVICE by intervenor Korean Labor Welfare on 5/16/01 of
Opp to mot to dism re: subrogation, Resp to KAL's brief re: subrogation
claims, Opp to plfs' mot for
summary judgment, and related documents svd on attached svc
list by fax. (dhl) [Entry date 05/17/01] [2:98cv6343]

5/16/01 82 OPPOSITION by defendant USA to motion re: subrogation [58-1] (dhl)
[Entry date 05/21/01] [2:98cv6343]

5/23/01 83 REPLY by intervenor Korean Labor Welfare to opposition to motion
re: subrogation [58-1] (Relates to MDL 1237, cv 98-2720, 98-6316, 98-6334,
98-6337, 98-6338,98-6339, 98-6341, 98-6342, 98-6344, 98-6345, 98-6388) (shb)
[Entry date 05/24/01] [2:98cv6343]

5/23/01 84 REPLY brief by intervenor Korean Labor Welfare to plfs' opp to
motion re: subrogation [58-1] (dhl) [Entry date 05/25/01] [2: 98cv6343]

5/23/01 85 DECLARATION of Rebecca N Kaufman by intervenor Korean Labor
Welfare in suppt of reply brief re motion re: subrogation [58-1] (dhl) [Entry
date 05/25/01] [2:98cv6343]

5/23/01 86 Objections by intervenor Korean Labor Welfare to decl of Jungil
Lee Esq re motion re: subrogation [58-1] (dhl)
[Entry date 05/25/01] [2:98cv6343]

5/23/01 87 PROOF OF SERVICE by intervenor Korean Labor Welfare on 5/23/01 of
reply briefs to oppositions to KLWC's motions re: subrogation; svd on
attached svc list by overnight
courier (dhl) [Entry date 05/25/01] [2:98cv6343]

5/23/01 88 REPLY brief by defendant USA in suppt of its motion to dismiss
KLWC's claims for lack of subject matter
jurisdiction [57-1] (dEl) [Entry date 05/25/01] [2 : 98 cv6343]

5/23/01 90 REPLY by defendant Korean Air Lines Co to response of KLWC re
KLWC's claims to motion to dismiss KLWC's claims for lack of subject matter
jurisdiction [57-1] [Relates to MDL
1237] (et) [Entry date 05/31/01] [2:98cv6343]

5/23/01 91 REPLY by intervenor Korean Labor Welfare to opposition to KLWC's
to motion re: subrogation [58-1] [Relates to MDL #1237] (et) [Entry date
05/31/01] [2:98cv6343]

5/23/01 92 MINUTES by Judge Harry L. Hupp: Crt is informed all mots set for
5/30/01 are settled, therefore, ; pretrial conference off calendar, taking
motion to dismiss KLWC's
claims for lack of subject matter jurisdiction [57-1] off
calendar, taking motion for summary judgment [66-1] off
calendar, taking motion re: subrogation [58-1] off
calendar. CR: n/a. (gk) [Entry date 06/06/01] [2: 98cv6343]

5/25/01 89 NOTICE OF FILING OF DECLARATION of Jungil Lee, Esq. by plaintiff
Kyeong Ja Pak, plaintiff Doo Youn Jung, attached
as Exh A, in suppt of their opp to KLWC's motion re:
subrogation [58-1] (et) [Entry date 05/31/01] [2: 98cv6343]

6/6/01 93 PRE-TRIAL CONFERENCE ORDER approved by Judge Harry L. Hupp (re: Hye
Won Jung), (re: MDL 1237) ** see ord for info** (pbap) [Entry date 06/13/01]
[2:98cv6343]

6/6/01 94 MINUTES: ORD the following cases are transferred to the District of

Guam upon the filing of the pretrial conference
order and the filing of this minute order: CV 98-6334, CV
98-6337, CV 98-6338, CV 98-6341, CV 98-6342, CV 98-6343, CV
98-6344, CV 98-6345. Upon completion of transfer counsel
may expect a notice from Judge Unpingco in Guam (as to the
Guam cases) and the judge assigned in this district (as to
the retained crew case) setting a up a status conference to
set trial dates and other matters. Any fur procedural matters as to the Guam
cases and the damage aspects of the retained crew (motions, stipulations,
applications, etc.) should be set before the judge to whom the case is or
will be assigned and not to this court. Case transferred to Dist of: Guam by
Judge Harry L. Hupp CR: Cynthia L. Mizell. (ENT 6/13/01) MD JS 6 mld cpys &
ntc (pbap) [Entry date 06/13/011 [2:98cv6343]

6/18/01   TRANSMITTAL of documents orig file, cc docket & ord to the District
of Guam. (pbap) [Entry date 06/18/01] [2: 98cv6343];   [RSN EOD 06/22/2001]